FILED
JUN 1 0 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Magistrate Case No.: '08 MJ 8523 |
| Plaintiff, | ) COMPLAINT FOR VIOLATION OF |
| v. | ) 21 U.S.C. § 952 and 960 |
| Marco Antonio SALAZAR-Rivas, | ) Importation of a Controlled Substance (Felony) |
| Defendant. | ) |

The undersigned complainant being duly sworn states:

That on or about June 9, 2008, within the Southern District of California, defendant Marco Antonio SALAZAR-Rivas did knowingly and intentionally import approximately 30.30 kilograms (66.66 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent
U. S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 10TH DAY OF JUNE 2008.

_____
PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

1  UNITED STATES OF AMERICA
              v.
2  Marco Antonio SALAZAR-Rivas

3                    STATEMENT OF FACTS

4       This complaint is based on the reports, documents, and notes
5  furnished to U.S. Immigration and Customs Enforcement Special Agent
6  Enrique Torregrosa.

7       On June 9, 2008, at approximately 0850 hours, Marco Antonio
8  SALAZAR-Rivas entered the United States from the Republic of Mexico
9  via the Calexico, California East Port of Entry.  SALAZAR made
10 entry driving a 2004 Honda Accord bearing Arizona license plate
11 number AAH9174.  SALAZAR was the driver, registered owner and sole
12 occupant of the vehicle.

13      During a pre-primary operation, CBP Canine Officer Jones
14 screened the 2004 Honda Accord with his Human/Narcotic Detector Dog
15 (HNDD). The HNDD alerted to the vehicle.

16      At primary inspection, SALAZAR gave a negative oral Customs
17 declaration to Customs and Border Protection Officer (CBPO) S.
18 Baca. CBPO Baca asked SALAZAR where he was going and SALAZAR stated
19 that he was going home. CBPO Baca also asked about the vehicle he
20 was driving and SALAZAR stated it was his vehicle. CBPO Baca notice
21 SALAZAR was nervous, his nervous demeanor included no eye contact.
22 CBPO Baca referred SALAZAR and his vehicle to vehicle secondary for
23 further due his observation and the HNDD alert.

24      At the secondary area, CBPO Hernandez obtained a negative
25 Customs declaration from SALAZAR and asked him about the vehicle he
26 was driving.  SALAZAR stated it was his vehicle and he was going
27 back home, from visiting his relatives in Mexico.  CBP Canine
28 Officer Jones re-screened the vehicle with his assigned HNDD and

1 | the HNDD alerted to the vehicle. A subsequent search of the vehicle
2 | by CBPO Hernandez revealed thirty (30) packages concealed within a
3 | specially built compartment located in the trunk of the vehicle.
4 | CBPO Baca probed one package, which produced a white powdery
5 | substance, which field-tested positive for cocaine.
6 |     SALAZAR was arrested for importation of cocaine into the
7 | United States. SALAZAR was advised of his Miranda Rights, which he
8 | acknowledged and waived agreeing to answer question without the
9 | presence of an attorney. SALAZAR stated an subject known to him as
10 | "EFREN" offered him $1,000.00 to smuggle drugs into the United
11 | States.